UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CHAVEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:25-cv-03285-DJC-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FED. R. CIV. P. 26 DEADLINES**<br><br>Complaint Filed: September 22, 2025<br>Action Removed: November 12, 2025<br>Trial Date: None Set |

On January 12, 2026, the Parties filed a joint stipulation to continue the deadline to confer and file a joint scheduling report pursuant to Fed. R. Civ. P. 26(f) pending the Court's decision on Plaintiff's forthcoming motion to remand the case to state court.  Having considered the joint stipulation, and finding good cause, the Court hereby ORDERS that the Parties' deadline to confer and file a joint scheduling report pursuant to Rule 26(f), currently set for January 12, 2026, is CONTINUED until thirty (30) days following the Court's ruling on Plaintiff's forthcoming motion to remand.

**IT IS SO ORDERED.**

Dated:  January 12, 2026                    /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE