UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CHAVEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:25-cv-03285-DJC-CKD<br><br>**ORDER GRANTING STIPULATION FOR STAY OF ACTION PENDING SETTLEMENT APPROVAL**<br><br>Action Filed: September 22, 2025<br>Removed: November 12, 2025<br>Trial Date: None Set |

On August 11, 2026, the Parties filed a Stipulation for Stay of Action Pending Settlement Approval and to Set Status Conference. Having considered the Stipulation, and finding good cause, the Court hereby ORDERS as follows:

1. This action is stayed pending a final settlement approval order from Stanislaus Superior Court.

2. The parties shall file a report regarding the status of settlement proceedings by December 15, 2026.

**IT IS SO ORDERED.**

Dated: August 11, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE